Copies Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CALVIN SMITH,
                Petitioner,

v.

UNITED STATES OF AMERICA,
                Respondent.
-----------------------------------------------------------x

**ORDER**

25 CV 2894 (VB)
21 CR 802 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/25

       In a submission dated July 31, 2025, which was docketed on August 12, 2025, petitioner Calvin Smith requests that the Court: (1) appoint counsel to assist him with filing an amended Section 2255 motion and moving for an evidentiary hearing; (2) grant him leave to amend his Section 2255 petition; (3) direct the government to either admit or deny facts alleged in the declaration included with petitioner's letter; and (4) release him on bail pending the disposition of his Section 2255 motion. (Doc. #44, 21-cr-802).

       Petitioner's request for appointment of counsel is DENIED. At this stage of the proceedings, without making any final determination as to the merits of petitioner's claims, the Court's preliminary review of the Section 2255 motion indicates that petitioner's claims lack sufficient merit to warrant appointment of counsel, and there is no reason to believe an evidentiary hearing will be required in this case. The Court has also considered the type and complexity of this matter and petitioner's ability to present the case. The Court does not find any exceptional circumstances meriting the appointment of counsel at this time.

       Petitioner's request for bail pending the disposition of is Section 2255 motion is DENIED as plainly without merit.

       By Order dated August 7, 2025, the Court directed the government to file, by September 8, 2025, a response to petitioner's reply (entitled "amendment to order to show cause and 2255"). (Doc. #43, 21-cr-802). In that response, the government shall also address petitioner's requests (2) and (3) above (i.e., his request for leave to amend, and his request that the Court direct the government to admit or deny the allegations set forth in the declaration). The government's time to file its response is extended to <u>October 8, 2025</u>.

       Chambers will mail a copy of this Order to petitioner at the address on the docket in case no. 25-cv-2894 (VB).

Dated: August 19, 2025
       White Plains, NY

SO ORDERED:

*Vincent Briccetti*
Vincent L. Briccetti
United States District Judge